## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

**CARLOS EDDIE HOLT**
    Plaintiff

**v.**                                              **No. 1:06CV-00058-J**

**JO ANNE B. BARNHART**
    Commissioner of Social Security
    Defendant

### ORDER OF REMAND

The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, it is hereby ORDERED that this case is REMANDED to the Commissioner for a new decision and further administrative proceedings in which 1) the findings of the treating physician, Dr. Miles, with respect to Listing 1.04A and the plaintiff's residual physical capacities are analyzed with particularity; 2) if the Listing is found not to be satisfied, the sequential evaluation process is advanced to the fifth and final step; 3) "severe" nonexertional impairments are identified if they are found to exist; 4) a hypothetical question is presented to a vocational expert that contemplates all physical and mental restrictions that are found to be present; and 5) such other proceedings are undertaken that the Commissioner deems necessary and appropriate.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.